# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA TRAVILLIAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.18-cv-02087-DMR<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　(**X**)　IT IS ORDERED that the application to proceed in forma pauperis is GRANTED. Issuance of summons and service will be determined separately.

　　(**X**)　The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

Dated: September 6, 2018



_____
DONNA M. RYU
United States Magistrate Judge